
FILED
2015 JUN -3 PM 3:31
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | 3:15 C R 206 |
| v. ) | CR. NO. _____ |
| ) | 18 U.S.C. § 922(g)(1) |
| EZELL HICKS, JR., ) | |
| ) | **JUDGE DAVID A. KATZ** |
| Defendant. ) | **MAG. JUDGE JAMES R. KNEPP II** |

COUNT 1

The Grand Jury charges:

On or about April 1, 2015, in the Northern District of Ohio, Western Division, the Defendant, EZELL HICKS, JR., having previously been convicted of crimes punishable by a term of imprisonment exceeding one year, to-wit: Possession of a Firearm by a Prohibited Person, in Case No. 5:09-CR-000263-001, in the Northern District of New York, on or about March 24, 2010, and Attempted Robbery, in Case No. 90-0882-1, in Onondaga County (New York) Court, on or about April 1, 1991, did knowingly possess in and affecting commerce a firearm, to-wit: a Smith & Wesson, model 22A-1, .22 caliber pistol, serial number UDB6404, which had been shipped and transported in interstate or foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

The Grand Jury further charges:

On or about April 1, 2015, in the Northern District of Ohio, Western Division, the Defendant, EZELL HICKS, JR., having previously been convicted of crimes punishable by a term of imprisonment exceeding one year, to-wit: Possession of a Firearm by a Prohibited Person, in Case No. 5:09-CR-000263-001, in the Northern District of New York, on or about March 24, 2010, and Attempted Robbery, in Case No. 90-0882-1, in Onondaga County (New York) Court, on or about April 1, 1991, did knowingly possess in and affecting commerce ammunition, to-wit: 290 rounds of .22 Long Rifle (LR) caliber ammunition containing the marking "C" on the head stamp, which had been shipped and transported in interstate or foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

Original document—Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.